U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 7 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ANTONIO SEWELL            CIVIL ACTION NO. 03-1545-P

VERSUS            JUDGE S. MAURICE HICKS, JR.

WARDEN, ET AL.            MAGISTRATE JUDGE HORNSBY

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeus case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE